IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN L. WARNER, Executor of the Estate of GAGE W. ALLAM, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No. 1:19-cv-326 |
| SWEPI, LP, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

NOW, this 31st day of March, 2022, upon consideration of the Defendants' motion for summary judgment, ECF No. [63] and Plaintiffs' cross-motion for partial summary judgment, ECF No. [65],

IT IS ORDERED that the motions are GRANTED in part and DENIED in part to the extent set forth in more detail in the accompanying Memorandum Opinion.

IT IS FURTHER ORDERED that Defendants' motion to resolve discovery disputes, ECF No. [59], is DENIED without prejudice. The parties are directed to confer concerning any pending discovery issues and attempt to reach a resolution of such issues in light of the Court's ruling herein. To the extent disagreements remain, either party may bring such issues to the Court's attention by way of a renewed motion.

IT IS FURTHER ORDERED that counsel shall submit to the Court, on or before April 22, 2022, a joint proposed discovery schedule for remaining fact discovery.

*Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge